In the Matter of MISS YOUTH FORM LINGERIE, INC., Respondent, against M. LOWENSTEIN & SONS, INC., Appellant.

Argued February 23, 1950; decided March 3, 1950.

*Irving D. Lipkowitz* and *William Hughes Lewis* for appellant.
*Samuel E. Harwitz* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.